# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                        Case No. **08-01142**

**RAMOS PADILLA, JOCELYN**                          Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **2/28/2008**                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **225.00** x **60** = $ **13,500.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **13,500.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **13,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: **/s/ JOCELYN RAMOS PADILLA**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **R-G MORTGAGE**    Cr. _____    Cr. _____
\# **1279669**          \# _____         \# _____
$ **1,228.37**    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
\# _____    \# _____    \# _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
\# _____    \# _____    \# _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**R-G MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
\# _____    \# _____    \# _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO RG MORTGAGE UNTIL CONFIRMATION IS THE EQUITY OF THE HOUSE.**

**AFTER CONFIRMATION EQUAL MONTHLY PAYMENT TO RG MORTGAGE OF $ 202.50 MONTHS (15 -21)**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only